ROGER A. DREYER, ESQ. / SBN: 095462
DANIEL G. SCHNEIDERMAN, ESQ. / SBN: 294619
**DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**
20 Bicentennial Circle
Sacramento, CA 95826
Telephone: (916) 379-3500
Facsimile: (916) 379-3599

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIAN J. WILLIAMS, | Case No.: 2:16-cv-02089-VC |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER** |
| v. | |
| NORTH CAROLINA AVIATION SERVICES dba/aka GLOBAL AVIATION SERVICES, LLC, DELTA AIRLINES, and DOES 1 through 10, inclusive, | |
| Defendants. | |

The parties, through their respective counsel, hereby stipulate that Defendant DELTA AIR LINES, INC. erroneously sued as DELTA AIRLINES, only, shall be dismissed from this matter with prejudice, pursuant to Federal Rule of Civil Procedure 41 and Eastern District Local Rule 160.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

-1-

**Stipulation of Dismissal with Prejudice; Order**

It is further stipulated that each party will bear its own costs, including attorney's fees.

IT IS SO STIPULATED.

DATED: July __31__, 2017       **DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**


By: __/s/Daniel G. Schneiderman__
    DANIEL G. SCHNEIDERMAN
    Attorneys for Plaintiff

DATED: July __31__, 2017       **DONAHUE DAVIES**


By: __/s/ Gregory Nelson__
    GREGORY NELSON
    Attorneys for Defendant, GLOBAL AVIATION SERVICES

DATED: July __31__, 2017       **REID AXELROD**


By: __/s/Donald S. Honigman__
    DONALD S. HONIGMAN
    Attorneys for Defendant, DELTA AIRLINES

**Stipulation of Dismissal with Prejudice; Order**

# **ORDER**

IT IS HEREBY ORDERED pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), that Defendant DELTA AIR LINES, INC. erroneously sued as DELTA AIRLINES, only, shall be dismissed from this matter with prejudice.

Dated: August 7, 2017



_____
Judge of the United States District Court
Eastern District

**Stipulation of Dismissal with Prejudice; Order**