1  ROBERT E. DAVIES, ESQ. / SBN 106810
   rdavies@donahuedavies.com
2  MARY A. STEWART, ESQ. / SBN 106758
   mstewart@donahuedavies.com
3  GREGORY A. NELSON, ESQ. / SBN 274926
   gnelson@donahuedavies.com
4  DONAHUE DAVIES LLP
   P.O. BOX 277010
5  Sacramento, CA  95827
   Telephone: (916) 817-2900
6  Facsimile:  (916) 817-2644

7  Attorneys for Defendant GLOBAL AVIATION
   SERVICES, LLC (named and served herein as
8  "NORTH CAROLINA AVIATION SERVICES dba/aka
   GLOBAL AVIATION SERVICES LLC")

**FILED**
Aug 15, 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

-o0o-

| | |
|---|---|
| DAMIAN J. WILLIAMS,<br><br>       Plaintiff,<br><br>v.<br><br>NORTH CAROLINA AVIATION SERVICES, dba/aka GLOBAL AVIATION SERVICES, LLC, DELTA AIRLINES; and DOES 1 through 10, inclusive,<br><br>       Defendants. | Case No. 2:16-CV-02089-VGC<br><br>**STIPULATION REQUESTING MODIFICATION OF THE TRIAL MANAGEMENT SCHEDULE PURSUANT TO FRCP 16; LOCAL RULE 16-240; [~~PROPOSED~~] ORDER** |

IT IS HEREBY STIPULATED by and between the undersigned parties, by and through their attorneys of record, as follows:

The parties agree and request that this Honorable Court modify its Trial Management Schedule based on good cause for the following reasons:

1.     This is a personal injury case based upon allegations of negligence, which arises from a workplace accident at the Sacramento International Airport ("SMF") on February 19, 2016, allegedly involving a tug owned by DELTA AIRLINES and maintained by NORTH CAROLINA AVIATION SERVICES, dba/aka GLOBAL AVIATION SERVICES.

2. On November 22, 2016, the Initial Case Management Conference was held in this case.

3. On November 22, 2016, the Honorable District Judge Vincent Chhabria issued an Order After Hearing, setting forth the Trial Management Schedule for this case as follows:

| | |
|---|---|
| Fact discovery cut-off | 8/18/2017 |
| Expert disclosure | 8/18/2017 |
| Expert rebuttal | 9/8/2017 |
| Expert discovery cut-off | 9/29/2017 |
| Last day to file Dispositive Motions | 10/6/2017 (contact CRD re preferred location of hearing) |
| Pretrial conference | 2/5/2018 (1:30 p.m. in S.F.) |
| Jury Trial | 2/12/2018 (8:30 a.m. in Sac.) |
| Number of trial days | TBD at PTC |

4. On June 19, 2017, the Honorable District Judge Vincent Chhabria issued an Order on Stipulation for Modification of Order Setting Trial Management Schedule, modifying the Trial Management Schedule for this case as follows:

That the fact discovery deadline shall be 9/18/2017;

That the expert witness disclosure date shall be 9/18/2017;

That the expert rebuttal date shall be 10/9/2017;

That the expert discovery cut-off shall be 10/30/2017;

That the last day to file dispositive motions shall be 11/6/2017.

5. Since issuance of the foregoing Trial Management Schedule and the subsequent Order on Stipulation for Modification of Order Setting Trial Management Schedule, the parties have continued to diligently pursue discovery, including written discovery, subpoenaing of medical and employment records and completing eight depositions, including Plaintiff, four current Global

employees, one former Global employee, and two witnesses to the subject incident and the events which occurred immediately thereafter.

6. However, despite the parties' efforts to complete discovery in this case prior to the current cut-off date of September 18, 2017, the parties will be unable to do so as Plaintiff has not completed medical treatment.

7. While the parties have previously subpoenaed Plaintiff's medical records, Plaintiff testified at his recent deposition that he recently underwent a further surgical procedure and, to date, has not completed all recommended treatment. As such, the parties will be unable to obtain Plaintiff's complete medical records prior to the current deadline, or to complete an Independent Medical Examination, if necessary.

8. The parties have also agreed to attempt to mediate the matter in November, 2017, and are in the process of selecting an agreeable mediator and date. The parties would like to complete the mediation prior to the fact discovery deadline.

9. Accordingly, the parties agree and request that this Honorable Court modify its Trial Management Schedule Order as follows

- That the fact discovery deadline shall be extended 4 months to 1/18/2018;
- That the expert witness disclosure date shall be extended 4 months to 1/18/2018;
- That the expert rebuttal date shall be extended 4 months to 2/9/2018;
- That the expert discovery cut-off shall be extended 4 months to 2/28/2018;
- That the last day to file dispositive motions shall be extended 4 months to 3/6/2018;
- That the Pretrial Conference and all related dates be continued approximately 4 months and be reset pursuant to the Court's availability in June, 2018; and
- That the Jury Trial and all related dates be continued approximately 4 months and be reset pursuant to the Court's availability in late June or early July, 2018.

10. The parties agree that this modification will best serve the parties' interests in light of the discovery which remains to be completed in this case in order to adequately prepare the case for trial, as well as the parties' desire to mediate the matter prior to the fact discovery deadline.

**IT IS SO STIPULATED.**

Dated: August 10, 2017     **DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**

By: */S/ Daniel G. Scheiderman*
    Daniel G. Schneiderman, Esq.
    Attorneys for Plaintiff
    DAMIAN J. WILLIAMS

Dated: August 10, 2017     **DONAHUE DAVIES LLP**

By: */S/Robert E. Davies*
    Robert E. Davies, Esq.
    Mary A. Stewart, Esq.
    Gregory A. Nelson, Esq.
    Attorneys for Defendant
    GLOBAL AVIATION SERVICES, LLC

# [PROPOSED] ORDER ON STIPULATION FOR MODIFICATION OF ORDER SETTING TRIAL MANAGEMENT SCHEDULE

Pursuant to the foregoing Stipulation for Modification of Order Setting Trial Management Schedule, and good cause appearing therefore,

**IT IS ORDERED** that Trial Management Schedule Order is modified as follows:

- That the fact discovery deadline shall be extended to 1/18/2018;
- That the expert witness disclosure date shall be extended to 1/18/2018;
- That the expert rebuttal date shall be extended to 2/9/2018;
- That the expert discovery cut-off shall be extended to 2/28/2018;
- That the last day to file dispositive motions shall be extended to 3/6/2018 (contact CRD re preferred location of hearing);
- That the Pretrial Conference be June 15, 2018, at 1:30 a.m. / (p.m.) in Sac / S.F, with all related dates to be based upon this date; and
- That the Jury Trial be continued to (June) / July 25, 2018, at 8:30 (a.m.) / p.m. in Sac, with all related dates to be based upon this date.

**IT IS SO ORDERED.**

Dated: August 15, 2017

_____
Vincent Chhabria
United States District Judge