1  ROBERT E. DAVIES, ESQ. / SBN 106810
   rdavies@donahuedavies.com
2  MARY A. STEWART, ESQ. / SBN 106758
   mstewart@donahuedavies.com
3  GREGORY A. NELSON, ESQ. / SBN 274926
   gnelson@donahuedavies.com
4  DONAHUE DAVIES LLP
   P.O. BOX 277010
5  Sacramento, CA  95827
   Telephone: (916) 817-2900
6  Facsimile:  (916) 817-2644

7  Attorneys for Defendant GLOBAL AVIATION
   SERVICES, LLC (named and served herein as
8  "NORTH CAROLINA AVIATION SERVICES dba/aka
   GLOBAL AVIATION SERVICES LLC")

9

**FILED**

Dec 28, 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

10              UNITED STATES DISTRICT COURT

11              EASTERN DISTRICT OF CALIFORNIA

12                          -o0o-

13  DAMIAN J. WILLIAMS,                    Case No.  2:16-CV-02089-VGC

14              Plaintiff,                 STIPULATION OF VOLUNTARY
                                           DISMISSAL WITH PREJUDICE; and
15       v.
                                           [PROPOSED] ORDER ON STIPULATION
16  NORTH CAROLINA AVIATION
    SERVICES, dba/aka GLOBAL AVIATION
17  SERVICES, LLC, DELTA AIRLINES; and     Trial Date:  June 28, 2018
    DOES 1 through 10, inclusive,
18
                Defendants.
19

20

21       IT IS HEREBY STIPULATED by and between the parties to this action through their

22  designated counsel that the entire above-captioned action be and hereby is dismissed with

23  prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), each party to

24  bear their own costs and fees.

25  ///

26  ///

27  ///

28  ///

                                          1

IT IS SO STIPULATED.

DATED: November 6, 2017      DREYER BABICH BUCCOLA WOOD CAMPORA, LLC

By:_____
Roger A. Dreyer, Esq.
Daniel G. Schneiderman, Esq.
**Attorneys for Plaintiff**

Dated: ~~November~~ December 14, 2017      **DONAHUE DAVIES LLP**

By:_____
Robert E. Davies, Esq.
Gregory A. Nelson, Esq.
**Attorneys for Defendant**
**GLOBAL AVIATION SERVICES, LLC**

STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE; and [PROPOSED] ORDER

## [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE ON STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to stipulation by and between the parties to this action through their designated counsel the entire above-captioned action is hereby dismissed with prejudice, each party to bear their own costs and fees.

**IT IS SO ORDERED.**

Dated: ~~November~~ December 28 __, 2017



IT IS SO ORDERED

Judge Vince Chhabria

UNITED STATES DISTRICT COURT · NORTHERN DISTRICT OF CALIFORNIA

STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE; and [PROPOSED] ORDER